**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MAURICE BRISCOE, | * | |
| Appellant, | * | |
| v. | * | Civil Action No. 8:25-cv-01184-PX |
| PATHIK RAMI, *et al.*, | * | |
| | * | |
| Appellees. | | |
| | *** | |

**ORDER**

On April 3, 2025, Maurice Briscoe noted his appeal from the Bankruptcy Court.  ECF No. 1.  Bankruptcy Rule 8009 requires the appellant to designate the portions of the Bankruptcy record relevant to his appeal within 14-days of the effective date of appeal.  This Court's Local Rules provide that where the appellant "fails to designate the contents of the record on appeal . . . within the time required by Bankruptcy Rule 8009," the Court may, "upon its own initiative, dismiss the appeal for non-compliance with Bankruptcy Rule 8009 after giving the appellant an opportunity to explain the non-compliance and upon considering whether the non-compliance had prejudicial effect on the other parties."  *See* Loc. R. 404.2.

Briscoe has failed to designate the record on appeal.  Thus, on this 20th day of June 2025, Briscoe is ORDERED to show good cause within 14 days from the date of this Order, (July 4, 2025), why this appeal should not be dismissed.

The Clerk is directed transmit the Order to Defendants and MAIL a copy of the Order to Briscoe.

| | |
|---|---|
| 6/20/2025 | /S/ |
| Date | Paula Xinis |
| | United States District Judge |