UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MAURICE BRISCOE, | * | |
|    Appellant, | * | Civil Action No.: 8:25-cv-01184-PX |
| v. | * | |
| PATHIK RAMI, *et al.*, | * | |
|    Appellees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## OPPOSITION TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND STAY OF SALE OF PROPERTY

Pathik Rami ("Rami') and Safe Asset Group Limited Partnership ("Safe Asset") (collectively "Creditors" or "Appellees"), by their undersigned counsel, opposes the latest Emergency Motion (Dk #7) (the "Motion") filed by Debtor, Maurice Briscoe ("Debtor" or "Appellant") and state as follows:

1. Creditors incorporate by reference as if fully restated herein their prior Response (the "Response") (DK # 6) in opposition to Debtor's similar motion to stay (Dk # 4). Indeed, the Response provided a comprehensive and thorough history of Debtor's errors and lack of basis for any relief for Debtor.

2. Debtor's appeal and this case should be dismissed for the reasons set forth in the Response and this Court's Show Cause Order because Debtor has abused and continues to abuse the appeal process by failing to comply with the applicable Rules and by asserting baseless claims and repeatedly unsupported allegations.

3. The Motion fails to comply with the applicable Rules for either a temporary

restraining order or a stay, and the property about which Debtor complains was not owned by Debtor and was sold years ago as reflected on the record in the underlying bankruptcy case, which further undermines and renders moot Debtor's contentions.

WHEREFORE, Appellees/Creditors Pathik Rami and Safe Asset Group Limited Partnership respectfully request that this Court enter an Order denying the Motion, dismissing this case and appeal, and granting Appellees/Creditors such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/ *Stanford G. Gann, Jr.*
Stanford G. Gann, Jr.
Federal Bar No. 07680
Levin Gann PA
1 W. Pennsylvania Avenue, Suite 900
Towson, Maryland 21204
410-321-0600 (direct)
410-339-5762 (fax)
sgannjr@levingann.com
*Attorneys for Appellees/Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that this 14th day of July, 2025, a copy of the foregoing was filed and served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices and by e-mail to Mr. Maurice Briscoe, 9903 Nicol Court, Bowie, Maryland 20721; mauricebriscoe@msn.com.

/s/ *Stanford G. Gann, Jr.*
Stanford G. Gann, Jr.