USDC- BALTIMORE
'25 SEP 5 PM 1:37

USBC-MD B FILED
4 SEP '25 PM 12:50

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

**In re:**
Maurice Briscoe, Debtor

**MAURICE BRISCOE,**
Appellant,

v. Civil Action Nos.:
8:24-cv-03494-PX
8:25-cv-01184-PX
8:25-cv-02722-PX

**PATHIK RAMI, SAFE ASSET GROUP L.P.,**
**and TRUSTEE MERRILL COHEN,**
Appellees.

## APPELLANT'S MOTION TO DIRECT TRANSMITTAL OF COMPLETE RECORD ON APPEAL

Appellant, Maurice Briscoe, pro se, respectfully moves this Court for an order directing the Clerk of the Bankruptcy Court to transmit the full and complete record on appeal, including all motions, exhibits, transcripts, and adversary proceedings, and in support states:

### I. BACKGROUND

1. Appellant filed Chapter 7 bankruptcy in Case No. 23-12106 (Bankr. D. Md.), presided over by Judge Maria Ellena Chavez-Ruark.
2. Appellant has three related appeals pending in this Court: Civil Action Nos. 8:24-cv-03494-PX, 8:25-cv-01184-PX, and 8:25-cv-02722-PX.
3. Each appeal arises from the same bankruptcy case and involves overlapping facts, issues, and parties.

HD

Rcv'd by: AR

3

3. Each appeal arises from the same bankruptcy case and involves overlapping facts, issues, and parties.
4. On August 29, 2025, the Bankruptcy Clerk transmitted a partial record for Civil Action No. 8:25-cv-02722-PX, but not all motions, exhibits, and transcripts appear to have been included.

## II. ARGUMENT

5. Under **Fed. R. Bankr. P. 8009(b)(5)**, the Clerk of the Bankruptcy Court is required to transmit the record designated by the parties.
6. To ensure meaningful appellate review, it is essential that the District Court receive a **complete record**, including but not limited to:
    - All motions filed in Bankruptcy Case No. 23-12106,
    - All exhibits and attachments submitted,
    - All transcripts of hearings (including March 17, 2025 adversary hearing, November 19, 2024 conversion hearing, and April 2, 2025 recusal ruling),
    - All adversary proceedings (including Maggie Real Estate adversary),
    - All correspondence and filings related to Baltimore City Case No. 24-C-17-000392.
7. Without the full record, the Court cannot fully evaluate Appellant's claims regarding unauthorized sales, fraudulent transfers, improper surplus retention, denial of adversary proceedings, interference with a 2017 judgment, and denial of recusal.

## III. RELIEF REQUESTED

WHEREFORE, Appellant respectfully requests that this Court:

1. Direct the Clerk of the Bankruptcy Court to transmit the **complete record** from Bankruptcy Case No. 23-12106, including all motions, exhibits, transcripts, and adversary proceedings;
2. Ensure that the record includes items specifically designated by Appellant in his Designation of Record;
3. Grant such other relief as this Court deems just and proper.

Respectfully submitted,

/s/ **Maurice Briscoe**
Maurice Briscoe
9903 Nicol Court West
Mitchellville, MD 20721
Tel: 301-404-6932

*Maurice Briscoe*
9-4-25