HD
Rcv'd by: AN

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

USDC-BALTIMORE
'25 SEP 11 PM1:49

Maurice Briscoe, Appellant
v.
Merrill Cohen, Chapter 7 Trustee, Pathik Rami, Safe Asset Group, L.P., and Maggie Real Estate LLC, Appellees.

Civil Action No.: 8:25-cv-01184-PX

## APPELLANT'S SUPPLEMENTAL STATEMENT OF FACTS

COMES NOW, Appellant **Maurice Briscoe**, pro se, and submits this Supplemental Statement of Facts in support of his appeal from the rulings of the United States Bankruptcy Court for the District of Maryland (Case No. 23-12106), and states as follows:

1. Appellant filed for Chapter 7 bankruptcy in March 2023, which triggered the automatic stay pursuant to 11 U.S.C. § 362.
2. Notwithstanding the stay, the Bankruptcy Trustee, **Merrill Cohen**, sold estate property to **Pathik Rami.**
3. The property located at **5007 Liberty Heights Avenue, Baltimore, MD 21207** was sold without proper authorization and in violation of the automatic stay.
4. The Trustee also sold **additional estate assets directly to Mr. Rami**, allowing Mr. Rami to acquire properties worth in excess of one million dollars, far beyond any alleged debt owed.
5. In addition, Appellant's insurer, **State Farm Insurance**, issued a check for **$151,000.00** to cover fire damage at the Liberty Heights Property. This check was endorsed to Mr. Rami with the understanding that funds would be returned for repairs.
6. Mr. Rami wrongfully retained the $151,000.00 insurance proceeds and diverted them for his own benefit instead of applying them to the property or properly crediting Appellant's account.
7. The combined effect of (a) the unauthorized sale of 5007 Liberty Heights Avenue, (b) the Trustee's additional sales of estate assets to Mr. Rami, and (c) the wrongful retention of insurance proceeds, resulted in Mr. Rami receiving well over $1,000,000 in estate value — unjustly enriching himself while depleting Appellant's estate.
8. These actions violated the automatic stay, breached fiduciary duties, and denied Appellant due process.

## RELIEF REQUESTED

Appellant respectfully requests that this Court:

A. Reverse the Bankruptcy Court's rulings upholding the sales of estate property to Mr. Rami;
B. Declare the sales void as violations of the automatic stay;
C. Order restitution of the $151,000 insurance proceeds;
D. Grant such other and further relief as this Court deems just and proper

**Respectfully submitted,**

/s/ Maurice Briscoe
Maurice Briscoe
9903 Nicol Court West
Mitchellville, MD 20721
301-404-6932
mauricebriscoe@msn.com
Appellant, Pro Se

9-10-25
*Maurice Briscoe*

i