# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MAURICE BRISCOE, | * | |
|     Appellant, | * | Civil Action No.: 8:25-cv-01184-PX |
| v. | * | |
| PATHIK RAMI, *et al.*, | * | |
|     Appellees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| MAURICE BRISCOE, | * | |
|     Appellant, | * | Civil Action No.: 8:25-cv-03494-PX |
| v. | * | |
| REBECCA HERR, | * | |
|     Appellee. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| MAURICE BRISCOE, | * | |
|     Appellant, | * | Civil Action No.: 8:25-cv-02722-PX |
| v. | * | |
| MERRILL COHEN, *et al.*, | * | |
|     Appellee. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## OPPOSITION TO APPELLANT'S MOTION TO CONSOLIDATE APPEALS

Pathik Rami ("Rami") and Safe Asset Group Limited Partnership ("Safe Asset") (collectively the "Creditors" or "Appellees"), Appellees/Creditors, by their undersigned counsel, hereby file this Opposition (the "Opposition") to the Motion to Consolidate Appeals and Establish a Unified Briefing Schedule (the "Motion to Consolidate") filed by Maurice Briscoe ("Appellant" or "Briscoe"), and in support hereof, state as follows:

1. On September 5, 2025, Briscoe filed the Motion to Consolidate in Case Nos. 8:24-cv-03494 (ECF 11), 8:25-cv-01184 (ECF 11), and 8:25-cv-02722 (ECF 4).

2. Appellees/Creditors filed a Motion to Dismiss Appellant's Appeal in Case No. 8:24-cv-03494 (ECF 10) on July 21, 2025.

3. Appellees/Creditor filed a Motion to Dismiss Appellant's Appeal in Case No. 8:25-cv-01184 (ECF 10) on July 21, 2025.

4. Appellees/Creditors filed a Motion to Dismiss Appellant's Appeal in Case No. 8:25-cv-02722 contemporaneously with the filing of this Opposition.

5. The Motion to Consolidate is not appropriate nor ripe for consideration until the pending Motions to Dismiss all appeals have been adjudicated.

6. All of Creditors' Motions to Dismiss are incorporated herein by reference as if fully restated.

For the reasons stated above, Creditors request that this Court deny the Motion to Consolidate, dismiss all pending appeals and grant Creditors such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/ *Stanford G. Gann, Jr.*
Stanford G. Gann, Jr.
Federal Bar No. 07680
Levin Gann PA
1 W. Pennsylvania Avenue, Suite 900
Towson, Maryland 21204
410-321-0600 (direct)
410-339-5762 (fax)
sgannjr@levingann.com
*Attorneys for Appellees/Creditors*

# CERTIFICATE OF SERVICE

I hereby certify that this 17th day of September, 2025, a copy of the foregoing was filed and served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices and by e-mail to Mr. Maurice Briscoe, 9903 Nicol Court West, Mitchellville, Maryland 20721; mauricebriscoe@msn.com.

/s/ *Stanford G. Gann, Jr.*
Stanford G. Gann, Jr.