PRO SE STATUS REQUEST AND MOTION TO EXPEDITE CONSIDERATION        HD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Rcv'd by: _____

USDC- GREENBELT
'26 JAN 12 AM 8:08

**Maurice Briscoe,**
Appellant,

v.

**Pathik Rami, et al.,**
Appellees.

Case No.: 8:25-cv-00184-PX
*(Use 8:25-cv-02722-PX for the second filing)*

## PRO SE STATUS REQUEST AND MOTION TO EXPEDITE CONSIDERATION

Appellant, **Maurice Briscoe**, appearing **pro se**, respectfully requests a status update and expedited consideration of his pending stay request.

1. On **January 6, 2026**, Appellant filed an **Emergency Motion** seeking immediate relief concerning the unauthorized post-appeal transfer and dissipation of escrow funds.
2. Ongoing irreparable harm continues to exist while the appeal remains pending.
3. In a related appeal (**Case No. 8:25-cv-02722-PX**), Appellant's **Motion for Stay Pending Appeal** has been fully briefed since **December 29, 2025**, and also remains pending.
4. Appellant respectfully requests that the Court issue a ruling, or alternatively, enter an order providing expedited consideration or guidance.

This request is made in good faith and solely to preserve the status quo pending appellate review.

*Maurice Briscoe*
1-12-26

Respectfully submitted,

/s/ Maurice Briscoe
Maurice Briscoe
Pro Se Appellant
9903 Nicol Court West
Mitchellville, MD 20721
Phone: 301-404-6932
Email: mauricebriscoe@msn.com

Date: January 12, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 12, day of January 2026, a copy of the foregoing was served on all counsel of record by electronic mail and/or U.S. Mail.

/s/ Maurice Briscoe
Maurice Briscoe